**UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
(Norfolk Division)**

**ANTHONY HARRIS,**

                 **Plaintiff,**

v.                                                  Civil Action No.: 2:22-cv-00314

**THE UNITED STATES OF AMERICA,**

                 **Defendant**

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, ANTHONY HARRIS, by and through undersigned counsel, and pursuant to Rule 41(a)(1)(A)(i), Fed. R. Civ. P., hereby voluntarily dismisses this action without prejudice.

                                       Respectfully submitted,

                                       ANTHONY HARRIS

                                       By    */s/ Robert L. Peresich*
                                       Robert L. Peresich, Esq. (VSB #81510)
                                       rperesich@joelbieber.com
                                       Richard W. Zahn, Jr., Esq. (VSB #35975)
                                       rzhan@joelbieber.com
                                       The Joel Bieber Firm
                                       272 Bendix Road., Suite 350
                                       Virginia Beach, VA 23452
                                       (757) 428-9000
                                       (757) 216-2268 (Facsimile)
                                       *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and exact copy of the forgoing Notice of Voluntary Dismissal Without Prejudice was served via first class mail, postage prepaid, by mailing said Notice of Voluntary Dismissal Without Prejudice this 12th day of September, 2022 to:

Jessica D. Aber, Esq.
United States Attorney for the Eastern District of Virginia
United States Attorney's Office—Eastern District of Virginia
919 E. Main Street, Suite 1900
Richmond, VA 23219

THE UNITED STATES OF AMERICA
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

                                                              */s/ Robert L. Peresich*
                                                                 Robert L. Peresich